David R. King  
HERRICK, FEINSTEIN LLP  
One Gateway Center  
22nd Floor  
Newark, New Jersey 07102  
(973) 274-2000  
dking@herrick.com  

**Document Electronically Filed**

Attorneys for Defendants  
Major Energy Services, LLC  
and Respond Power, LLC  

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

------------------------------------x
| | |
|---|---|
| RODRIGO CARRERA, individually and on behalf of all others similarly situated, : | Civil Action No.: 3:15-cv-03208 (MAS) (LHG) |
| Plaintiff, : | |
| -against- : | **STIPULATION AND PROPOSED CONSENT ORDER ADJOURNING MOTION** |
| MAJOR ENERGY SERVICES, LLC, RESPOND POWER, LLC and JOHN DOES 1-25, : | |
| Defendants. : | |

------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action, that Plaintiff's Motion for Class Certification, originally returnable on July 20, 2015, is adjourned on consent until such time as discovery is completed. No other request for an adjournment of Plaintiff's Motion for Class Certification has been made before this Court.

Dated: June 29, 2015

| | |
|---|---|
| MARCUS LAW, LLC | HERRICK, FEINSTEIN, LLP |
| By: /s/ Ari Marcus | By: /s/ David R. King |
|     Ari Marcus, Esq. |     David R. King |
|     1500 Allaire Avenue, Suite 101 |     One Gateway Center |
|     Ocean, New Jersey 07712 |     22nd Floor |
| |     Newark, New Jersey 07102 |
|     Attorneys for Plaintiff Rodrigo Carrera |     Attorneys for Defendants Major Energy Services, LLC and Respond Power, LLC |

THE GLAPION LAW FIRM, LLC

    Jeremy M. Glapion
    1704 Maxwell Drive, Suite 102
    Wall, New Jersey 07719

    Co-counsel for Plaintiff Rodrigo Carrera

**SO ORDERED:** Plaintiff's Motion for Class Certification (ECF No. 10) is administratively terminated. The parties shall file correspondence at such time the motion should be reinstated.

_/s/ Michael A. Shipp_
Honorable Michael A. Shipp, U.S.D.J.

Dated: June 30, 2015

2