**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

July 20, 2015

U.S. District Judge for the District of New Jersey
Clarkson S. Fischer Building & U.S. District Court
402 E. State Street #2020
Trenton, New Jersey 08608

  Re: Rodrigo Carrera v. Major Energy Service, LLC, Respond Power, LLC, et al
     Civil Case No.: 3:15-cv-03208-MAS-LHG

Dear Sir/Madam:

  As it relates to the above referenced matter kindly issue an amended Summons for both Defendants, Major Energy Service, LLC and Respond Power, LLC. An amended Complaint with Civil Cover Sheet were filed on this date.

  Thank you.

            Sincerely,

            *s/ Ari H. Marcus*
            Ari H. Marcus, Esq.
            Marcus Law, LLC